IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA,      : CRIMINAL NO. 4:21-CR-030 (CDL-MSH)

                            :

      v.                       :

                            :

SHAWN SMITH,              :

                            :

      Defendant.        :

                            :

## P L E A

I, **SHAWN SMITH,** having been advised of my Constitutional rights and having

had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment

in open court, this 7th day of November 2023.

_____
SHAWN SMITH
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
CHRIS WILLIAMS
ASSISTANT UNITED STATES ATTORNEY